MARIE R. McCABE et al., Respondents, *v.* THE CITY OF NEW YORK et al., Appellants.

Reported below, 155 App. Div. 262.
(Argued April 14, 1913; decided April 22, 1913.)

MOTIONS to dismiss appeals from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1913, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to restrain the maintenance and use of a viaduct in front of plaintiffs' premises and for damages.

The motions were made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, that the exceptions were frivolous and that no questions of law were presented for review.

*Abraham Wielar* for motions.

*Swinburne Hale* opposed.

Motions denied, with ten dollars costs.